UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RAMONA & BAHRAM OMIDIAN on behalf of
their child, K.O., a student with a disability,

                       Plaintiffs,                        05-CV-0398
                                                          NAM / GHL

-against-

THE BOARD OF EDUCATION OF THE NEW
HARTFORD CENTRAL SCHOOL DISTRICT,

                       Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorney of record for Plaintiffs Ramona & Bahram Omidian, on behalf of K.O., and for K.O., who is no longer an infant and is not an incompetent person for whom a guardian has been appointed, and the attorney of record for Defendant Board of Education of the New Hartford Central School District, that the above-captioned action is voluntarily dismissed and discontinued with prejudice, without costs or attorneys' fees to either party.

The undersigned further stipulate that a signature on this document by facsimile or electronic transmission shall be sufficient as an original.

YOUNG, SOMMER, WARD,                     FERRARA, FIORENZA, LARRISON,
RITZENBERG, BAKER & MOORE, LLC       BARRETT & REITZ, P.C.

By: _____        By: _____
    Kenneth S. Ritzenberg, Esq. of Counsel          Susan T. Johns, Esq., of Counsel
    Bar Roll No. 505279                           Bar Roll No. 103052
**Attorneys for Plaintiffs**                           **Attorneys for Defendant**
Executive Woods                                  5010 Campuswood Drive
5 Palisades Drive                               East Syracuse, New York 13057
Albany, New York 12205                   (315) 437-7600
(518) 438-9907

Dated: January 21, 2010                       Dated: January 20, 2010

SO-ORDERED: _____

1/25/10